AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| KENNETH MILLS, on behalf of himself and all others similarly situated.<br><br>Plaintiff<br><br>v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC., et al.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. CV 12 4010 MEJ |

E-filing
E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HSBC BANK NEVADA, N.A.
CT CORPORATION SYSTEM
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Selbin
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St., 8th Floor
New York, NY 10013

Daniel Hutchinson
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-30-12

_____
*Signature of Clerk or Deputy Clerk*