1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
   Douglas I. Cuthbertson (*pro hac vice* to be filed)
3  250 Hudson Street, 8th Floor
   New York, NY  10013
4  Telephone:  (212) 355-9500
   Facsimile:  (212) 355-9592
5
   LIEFF, CABRASER, HEIMANN &
6  BERNSTEIN, LLP
   Daniel M. Hutchinson (State Bar No. 239458)
7  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
8  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
9
   HYDE & SWIGART
10 Joshua B. Swigart (State Bar No. 225557)
   411 Camino Del Rio South, Suite 301
11 San Diego, CA 92108-3551
   Telephone:  (619) 233-7770
12 Facsimile:  (619) 297-1022

13 KAZEROUNI LAW GROUP, APC
   Abbas Kazerounian (State Bar No. 249203)
14 2700 N. Main Street, Suite 1000
   Santa Ana, CA 92705
15 Telephone:  (800) 400-6808
   Facsimile:  (800) 520-5523
16

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

PEARLMAN, CHOSNEK &
HOPSON, P.C.
Edward Chosnek
(*pro hac vice* to be filed)
P.O. Box 708
Lafayette, IN 47902
Telephone:  (765) 742-9081
Facsimile:  (765) 742-4379

REILING TEDER & SCHRIER, LLC
James R. Schrier
(*pro hac vice* to be filed)
P.O. Box 280
Lafayette, IN 47902
Telephone:  (765) 423-5333
Facsimile:  (765) 423-4564

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| KENNETH MILLS AND BENJAMIN WILKES, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; HSBC MORTGAGE SERVICES, INC.; HSBC AUTO FINANCE, INC.; and HSBC CONSUMER LENDING (USA), INC.,<br><br>  Defendants. | Case No. 3:12-cv-04010-SI<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1  Plaintiffs Kenneth Mills and Benjamin Wilkes ("Plaintiffs"), Defendants HSBC Bank
2  Nevada, N.A., HSBC Card Services, Inc., HSBC Mortgage Services, Inc., HSBC Auto Finance,
3  Inc., and HSBC Consumer Lending (USA), Inc. by and through their respective counsel, hereby
4  stipulate as follows:
5  WHEREAS, the Initial Case Management Conference in this case is currently scheduled
6  for December 14, 2012 at 2:30 PM.
7  WHEREAS, due to unavailability of Plaintiffs' counsel on the scheduled date, the parties
8  respectfully request and stipulate that the scheduled case management conference be continued to
9  January 11, 2013 at 2:30 PM; and
10  WHEREAS, the requested continuance is not for purposes of delay and would not alter or
11  affect any other dates or deadlines in this case;
12  Plaintiffs, Defendants HSBC Bank Nevada, N.A., HSBC Card Services, Inc., HSBC
13  Mortgage Services, Inc., HSBC Auto Finance, Inc., and HSBC Consumer Lending (USA), Inc.
14  stipulate and respectfully request that:
15  1. The case management conference currently scheduled for December 14,
16  2012 at 2:30 p.m. shall be continued to January 11, 2013 at 2:30 p.m.
17  IT IS SO STIPULATED.

Dated:  December 3, 2012         /s/ Daniel M. Hutchinson
                                 Daniel M. Hutchinson

                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                 Daniel M. Hutchinson
                                 275 Battery Street, 29th Floor
                                 San Francisco, California  94111-3339
                                 Telephone: (415) 956-1000

                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                 Jonathan D. Selbin
                                 Douglas I. Cuthbertson
                                 250 Hudson Street, 8th Floor
                                 New York, NY  10013
                                 Telephone: (212) 355-9500

                                 *Attorneys for Plaintiffs and the Proposed Class*

1069017.1                        - 2 -

Dated: December 3, 2012

/s/ Lisa M. Simonetti
Lisa M Simonetti

STROOCK STROOCK AND LAVAN
Lisa M. Simonetti
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3004
Telephone: (310) 556-5800
Email: lsimonetti@stroock.com

*Attorneys for Defendants HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; HSBC MORTGAGE SERVICES, INC.; HSBC AUTO FINANCE, INC.; and HSBC CONSUMER LENDING (USA), INC.*

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated: ___12/4___, 2012

SUSAN ILLSTON
United States District Judge