UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HSBC BANK NEVADA, N.A., et al.,<br><br>    Defendants. | Case No. 12-cv-04010-JST<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' CLASS CERTIFICATION MOTION AND VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Joint Case Management Statement filed June 12, 2013, and it appearing that a Case Management Conference is unnecessary at this time, the Court now makes the following orders:

1. The Case Management Conference currently scheduled for June 19, 2013 is VACATED.

2. The hearing on Plaintiffs' Motion for Class Certification is set for November 21, 2013 at 2:00 p.m.[1] All other deadlines contained in the Court's January 16, 2013 Order, ECF No. 35, remain in effect.

**IT IS SO ORDERED**.

Dated: June 13, 2013

                                                  JON S. TIGAR
                                                  United States District Judge

---

[1] The original hearing date of November 22, 2013 was vacated by the Order of Reassignment dated February 11, 2013, ECF No. 44.