| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>Nicole D. Reynolds (State Bar No. 246255)<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>HYDE & SWIGART<br>Joshua B. Swigart (State Bar No. 225557)<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian (State Bar No. 249203)<br>2700 N. Main Street, Suite 1000<br>Santa Ana, CA 92705<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(admitted *pro hac vice*)<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br><br>PEARLMAN, CHOSNEK & HOPSON, P.C.<br>Edward Chosnek<br>(admitted *pro hac vice*)<br>P.O. Box 708<br>Lafayette, IN 47902<br>Telephone: (765) 742-9081<br>Facsimile: (765) 742-4379<br><br>REILING TEDER & SCHRIER, LLC<br>James R. Schrier<br>(admitted *pro hac vice*)<br>P.O. Box 280<br>Lafayette, IN 47902<br>Telephone: (765) 423-5333<br>Facsimile: (765) 423-4564 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO / OAKLAND DIVISION)

| | |
|---|---|
| KENNETH MILLS AND BENJAMIN WILKES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; HSBC MORTGAGE SERVICES, INC.; HSBC AUTO FINANCE, INC.; AND HSBC CONSUMER LENDING (USA), INC.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-04010-JT<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANTS HSBC MORTGAGE SERVICES, INC.; HSBC AUTO FINANCE, INC.; AND HSBC CONSUMER LENDING (USA), INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Plaintiffs voluntarily dismiss, without prejudice, Defendants HSBC Mortgage Services, Inc., HSBC Auto Finance, Inc., and HSBC Consumer Lending (USA), Inc. from the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Dated: July 24, 2013          Respectfully submitted,


By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
Email:  mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:   (614) 224-6066

HYDE & SWIGART
Joshua B. Swigart (State Bar No. 225557)
Email: josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian (State Bar No. 249203)
Email: ak@kazlg.com
2700 N. Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

PEARLMAN, CHOSNEK & HOPSON, P.C.
Edward Chosnek
(admitted *pro hac vice*)
Email: echosnek@chosneklaw.com
P.O. Box 708
Lafayette, IN 47902
Telephone: (765) 742-9081
Facsimile: (765) 742-4379

REILING TEDER & SCHRIER, LLC
James R. Schrier
(admitted *pro hac vice*)
Email: jschrier@rtslawfirm.com
P.O. Box 280
Lafayette, IN 47902
Telephone: (765) 423-5333
Facsimile: (765) 423-4564

*Attorneys for Plaintiffs*

Dated: July 24, 2013         By:*/s/ Lisa M. Simonetti*

STROOCK & STROOCK & LAVAN LLP

Julia B. Strickland (State Bar No. 083013)
Lisa M. Simonetti (State Bar No. 165996)
Kristina Del Vecchio (State Bar No. 283782)
Arjun P. Rao (State Bar No. 265347)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com
Attorneys for Defendants

- 2 -

STIPULATION OF DISMISSAL
CASE NO. 3:12-CV-04010-JT

**ATTESTATION**

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Lisa M. Simonetti has concurred in this filing.

By: */s/ Daniel M. Hutchinson*
DANIEL M. HUTCHINSON