| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(admitted *pro hac vice*)<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>Nicole D. Reynolds (State Bar No. 246255)<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | PEARLMAN, CHOSNEK & HOPSON, P.C.<br>Edward Chosnek<br>(*pro hac vice* to be filed)<br>P.O. Box 708<br>Lafayette, IN 47902<br>Telephone: (765) 742-9081<br>Facsimile: (765) 742-4379 |
| HYDE & SWIGART<br>Joshua B. Swigart (State Bar No. 225557)<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022 | REILING TEDER & SCHRIER, LLC<br>James R. Schrier<br>(*pro hac vice* to be filed)<br>P.O. Box 280<br>Lafayette, IN 47902<br>Telephone: (765) 423-5333<br>Facsimile: (765) 423-4564 |
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian (State Bar No. 249203)<br>2700 N. Main Street, Suite 1000<br>Santa Ana, CA 92705<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | |

*Attorneys for Plaintiffs and the Proposed Class*

FILED

AUG 28 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS AND BENJAMIN WILKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.,<br><br>Defendants. | Case No. 3:12-cv-04010-JST (JCS)<br><br>**AMENDED STIPULATION AND PROPOSED ORDER RE CLASS CERTIFICATION SCHEDULE**<br><br>Judge:   The Honorable Jon S. Tigar |

1  WHEREAS, pursuant to the Court's January 16, 2013 Minute Order (Dkt. No. 35), Plaintiffs' Motion for Class Certification is due on September 6, 2013, with Defendants' opposition due on October 4, 2013 and Plaintiffs' reply due on November 1, 2013;

WHEREAS, pursuant to the Court's June 13, 2013 Order (Dkt. No. 56), the hearing on Plaintiffs' Motion for Class Certification is set for November 21, 2013 at 2:00 p.m.;

WHEREAS, on January 25, 2013, Plaintiffs served their First Sets of Requests for Production of Documents and Interrogatories ("Requests");

WHEREAS, after several meet and confer efforts throughout March and April 2013, the parties filed a Joint Discovery Letter Brief on June 6, 2013 (Dkt. No. 53);

WHEREAS, on June 7, 2013, the Court referred all discovery disputes to a Magistrate Judge (Dkt. No. 54);

WHEREAS, pursuant to Magistrate Judge Joseph C. Spero's June 18, 2013 Order (Dkt. No. 57), counsel for both parties met and conferred in person in Court on July 12, 2013 and resolved their dispute;

WHEREAS, since that time, the parties have regularly met and conferred on the timing and status of discovery;

WHEREAS, because Defendants sold their credit card portfolio to Capital One Financial Corporation ("Capital One") effective May 1, 2012, and Defendants are working with Capital One to obtain the data, documents, and information that Defendants have agreed to ask for and provide in response to Plaintiffs' Requests;

WHEREAS, due largely in part to the unusual circumstances caused by the fact that the majority of data, documents, and information responsive to Plaintiffs' Requests resides with non-defendant Capital One, as of August 27, 2013, Defendants have produced 87 documents responsive to three (3) out of 21 of Plaintiffs' Requests for Production and one (1) out of 15 of Plaintiffs' Interrogatories, but are currently in the process of searching for and producing documents responsive to the remaining requests;

WHEREAS, as of August 27, 2013, Defendants are in the process of pulling class member call record data for as much of the class period as possible and have represented to Plaintiffs that

1 | this will take at least another four to five weeks;

2 | WHEREAS, in May 2013, Defendants agreed to provide Plaintiffs with a sampling

3 | proposal for class members documents that Defendants maintain relate to the issue of consent,

4 | but have not yet done so and are unable to do so until they have reviewed call record data;

5 | WHEREAS, Defendants anticipate that, if the parties agree on a sampling process, such

6 | production will take longer than its production of class member data, but Defendants do not yet

7 | have an estimate of the time it will take to pull such documents;

8 | WHEREAS, Plaintiffs' position is that the call record data and documents responsive to

9 | Plaintiffs' requests for production are relevant to class certification, as they bear on issues of the

10 | class size and scope, the ascertainability of class members, whether Defendants had a common

11 | policy of calling class members on their cell phones without prior express consent, and whether

12 | willfulness may be proven on a class-wide basis;

13 | WHEREAS, following production of data, documents, and information responsive to

14 | Plaintiffs' Requests, Plaintiffs will require adequate time to review Defendants' production and

15 | depose its employees and 30(b)(6) witnesses.

16 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that

17 | the Court adopt the following amended class certification schedule:

18 | ~~1.     October 16, 2013 at 2:00 p.m. – Case Management Conference during which the~~ *(JST)*

19 | ~~parties will inform the Court of the status of discovery;~~

20 | 2.     November 8, 2013 – Plaintiffs' Motion for Class Certification due;

21 | 3.     December 6, 2013 – Defendants' Opposition to Plaintiffs' Motion for Class

22 | Certification due;

23 | 4.     January 3, 2014 – Plaintiffs' Reply in Support of Class Certification due;

24 | 5.     The November 21, 2013 hearing on class certification shall be ~~vacated and reset by~~

25 | ~~the Court according to the Court's schedule.~~ continued to January 23, *(JST)*

26 | 2014 at 2:00 p.m.

27

28

IT IS SO STIPULATED.

Dated:  August 28, 2013      Respectfully submitted,

By: */s/ Daniel M. Hutchinson*
     Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas I. Cuthbertson (*pro hac vice* to be filed)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

*Attorneys for Plaintiffs Kenneth Mills, Benjamin Wilkes, and the Proposed Class*

Dated:  August 28, 2013      By: */s/ Lisa M. Simonetti*
     Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP

Julia B. Strickland
Lisa M. Simonetti
Kristina A. Del Vecchio
Arjun P. Rao
2029 Century Park East
Los Angeles, CA 90067-3004
Telephone: (310) 556-5800
Email: lsimonetti@stroock.com

*Attorneys for Defendants HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.*

1
2                              **ATTESTATION**
3      I, Daniel M. Hutchinson, am the ECF user whose identification and password are being
4   used to file this Stipulation. I hereby attest that Lisa M. Simonetti has concurred in this filing.
5
6                                    /s/ Daniel M. Hutchinson
                                     Daniel M. Hutchinson
7                              [PROPOSED] ORDER
8      Pursuant to Stipulation, and for good cause shown, it is so ORDERED.
9
10  Dated: 8/28/13, 2013
                                     JON S. TIGAR
11                                   United States ~~Magistrate~~ Judge
                                                    District