| | | |
|---|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | MEYER WILSON CO., LPA |
| 2 | Jonathan D. Selbin (State Bar No. 170222) | Matthew R. Wilson (State Bar No. 290473) |
| 3 | 250 Hudson Street, 8th Floor<br>New York, NY  10013 | 1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215 |
| 4 | Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592 | Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066 |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | PEARLMAN, CHOSNEK & HOPSON, P.C. |
| 6 | Daniel M. Hutchinson (State Bar No. 239458)<br>Nicole D. Sugnet (State Bar No. 246255) | Edward Chosnek<br>(admitted *pro hac vice*) |
| 7 | 275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339 | P.O. Box 708<br>Lafayette, IN 47902 |
| 8 | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 | Telephone:  (765) 742-9081<br>Facsimile:  (765) 742-4379 |
| 9 | HYDE & SWIGART | REILING TEDER & SCHRIER, LLC |
| 10 | Joshua B. Swigart (State Bar No. 225557)<br>411 Camino Del Rio South, Suite 301 | James R. Schrier<br>(admitted *pro hac vice*) |
| 11 | San Diego, CA 92108-3551<br>Telephone:  (619) 233-7770 | P.O. Box 280<br>Lafayette, IN 47902 |
| 12 | Facsimile:  (619) 297-1022 | Telephone:  (765) 423-5333<br>Facsimile:  (765) 423-4564 |
| 13 | KAZEROUNI LAW GROUP, APC | |
| 14 | Abbas Kazerounian (State Bar No. 249203)<br>2700 N. Main Street, Suite 1000 | |
| 15 | Santa Ana, CA 92705<br>Telephone:  (800) 400-6808 | |
| 16 | Facsimile:  (800) 520-5523 | |

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MILLS and BENJAMIN WILKES, individually and on behalf of all others similarly situated, | | Case No. 3:12-cv-04010-JST (JCS) |
| Plaintiff, | | **NOTICE OF STIPULATION OF DISMISSAL OF ACTION** |
| v. | | Judge:   The Honorable Jon S. Tigar |
| HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC., | | |
| Defendants. | | |

1164138.1

NOTICE OF STIPULATED DISMISSAL
CASE NO. 3:12-CV-04010-JST (JCS)

Plaintiffs Kenneth Mills and Benjamin Wilkes, along with Defendants HSBC Bank Nevada, N.A., and HSBC Card Services, Inc., hereby provide notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action without prejudice.

**IT IS SO STIPULATED.**

Dated: March 6, 2014     Respectfully submitted,

By: */s/ Jonathan D. Selbin*
          Jonathan D. Selbin

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Kenneth Mills, Benjamin Wilkes, and the Proposed Class*

Dated: March 6, 2014     By: */s/ Lisa M. Simonetti*
                Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP

Julia B. Strickland
Lisa M. Simonetti
Arjun P. Rao
2029 Century Park East
Los Angeles, CA 90067-3004
Telephone: (310) 556-5800
Email: lsimonetti@stroock.com

*Attorneys for Defendants HSBC BANK NEVADA, N.A. and HSBC CARD SERVICES, INC.*

1164138.1 — - 1 - — NOTICE OF STIPULATED DISMISSAL
CASE NO. 3:12-CV-04010-JST (JCS)

1 **ATTESTATION**

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Notice of Stipulated Dismissal. I hereby attest that all parties have concurred in this filing.

                                */s/ Daniel M. Hutchinson*
                                Daniel M. Hutchinson